# CIVIL MINUTES - GENERAL

| Case No. | 2:16-cv-01898-SVW (SK) | Date | September 13, 2017 |
|---|---|---|---|
| Title | Emanuel Lewis Boone v. Jerry Hadnot, et al. | | |

| Present: The Honorable | Steve Kim, United States Magistrate Judge |
|---|---|

| Marc Krause | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE**

Plaintiff received an extension of time to September 1, 2017, to complete service of process on two remaining unserved defendants, Delia Cruz and Maurice R. Joliff. (ECF No. 45). Plaintiff was advised of his responsibility to provide sufficient information to allow the U.S. Marshals Service to complete service on these defendants. As of the date of this order, Plaintiff has not completed service of process, provided information to allow the U.S. Marshals Service to effectuate service, or requested an extension of time in which to do so supported by good cause.

Therefore, Plaintiff is ORDERED TO SHOW CAUSE on or before **September 27, 2017**, why this action should not be dismissed as to defendants Delia Cruz and Maurice R. Joliff for failure to complete timely service. *See* Fed. R. Civ. P. 4(m). Plaintiff may also voluntarily dismiss defendants Delia Cruz and Maurice R. Joliff using the attached Notice of Dismissal form.

**Plaintiff is advised that the failure to file a timely response to this Order may result in involuntary dismissal of this action for failure to comply with a court order and failure to prosecute.** *See* Fed. R. Civ. P. 41(b); L.R. 41-1.