FILED
CLERK, U.S. DISTRICT COURT
APR 27 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

4-24-18

Dear Court Clerk,

Hello, my name is Emanuel L. Boone
Case # 2:16-cv-01898-SVW-SK
Emanuel Lewis Boone v. Los Angeles County Sheriff Dept. et al.

& I am simply writing the Courts to notify them of a recent change of address as of 4-18-18

From: CSP-COR
4A-1R-B26
P.O. Box 3476
Cor, CA 93212

TO: CSATF/State Prison - Cor
P.O. Box 5246
Corcoran, CA,
93212

Please & Thank you for your time!!

Sincerely,
E. Boone

CSATF/STATE PRISON AT CORCORAN
P.O.
CORCORAN, CA 93212
NAME Emanuel L. Poole
NUMBER #AZ9584
HOUSING C.3.223

"Legal Mail"
Confidential

**STATE PRISON
GENERATED MAIL**

RECEIVED
CLERK, U.S. DISTRICT COURT
APR 27 2018
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

United States District Court
- Office of the Clerk -
U.S. Courthouse, Room G-8
Los Angeles, C.A.
90012