1  Krista R. Hemming, SBN 304213
   THE HEMMING FIRM
2  222 WEST 6TH STREET, STE 262
   SAN PEDRO, CA 90731
3  Tel: (949) 903 - 7650
   Fax: (949) 258 - 5963
4  E-mail: thehemmingfirm@gmail.com

5  Attorney for Plaintiff
   EMANUEL LEWIS BOONE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| EMANUEL LEWIS BOONE,  | Case No.: 2:16-CV-01898-SVW (SK) |
|---|---|
| Plaintiff, | **PLAINTIFF'S NOTICE OF SETTLEMENT** |
| v. | Trial Date: October 28, 2019 |
| JERRY HADNOT, Et al., | |
| Defendants. | Judge: Hon. Steve Kim |

Plaintiff, EMANUEL LEWIS BOONE hereby submits Plaintiff's Notice of Settlement.

Plaintiff's respectfully notifies the court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). The parties intend to file the Agreement as soon as practicable, but respectfully request that the parties are given 45 days to complete the settlement process and file the said Agreement.

Accordingly, Plaintiff respectfully requests that the Court vacate all pending deadlines and court appearances, including Trial set to start on October 28, 2019.

DATED: October 21, 2019

THE HEMMING FIRM

By: _____
KRISTA R. HEMMING
Attorney for Plaintiff
**EMANUEL LEWIS BOONE**

- 1 -
**PLAINTIFF'S TRIAL WITNESS LIST**

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2019, I electronically filed the foregoing document with the Clerk of the Court for the UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

_____

Krista R. Hemming, Esq.