# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 16-01898-SK | Date | October 21, 2019 |
|---|---|---|---|
| Title | Emanuel Lewis Boone v. Los Angeles County Sheriff Dept. et al | | |

Present: The Honorable   Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER RE: NOTICE OF SETTLEMENT**

In light of the Notice of Settlement (ECF 106), all dates and deadlines in this action are hereby **VACATED**. The parties shall file a proper stipulation for dismissal by **November 20, 2019**. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

IT IS SO ORDERED.